Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN ANDREI,<br><br>Defendant. | NO. MJ19-345 MAT<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO INDICT FOR 60 DAYS** |

The COURT, having considered the parties' motion, hereby finds as follows:

1. On July 31, 2019, the defendant was arrested by a complaint. Under the current schedule, the government has until August 30, 2019 in order to obtain a timely indictment.

2. On August 5, 2019 Mr. Zachary Jarvis made an appearance for the defendant, relieving the Office of the Federal Public Defender. Mr. Jarvis and Assistant United States Attorney Dalton have discussed various aspects of the case, including whether additional charges will be filed. The defense wishes time to review discovery (which will be forthcoming shortly), explore potential defenses, speak with the government about the case, and otherwise prepare for the case, prior to the time that an indictment is returned. In light of the change in counsel, and the complexity of the case, these steps cannot reasonably occur, even with the exercise of due diligence, by the current indictment deadline.

ORDER EXTENDING TIME TO INDICT - 1
*US v. ANDREI* / MJ19-345 MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Extending the time for indictment in this case would allow defense counsel to conduct his necessary investigation, and allow him time to prepare his defense. Extending the time for indictment also may facilitate a resolution of this matter.

4. In light of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by extending the time for indictment in this case outweigh the interest of the public and of the defendant in a more speedy indictment in this matter.

5. Accordingly, IT IS ORDERED that the time for indictment in this case shall be extended to October 29, 2019, and that the period of time from the date of this Order until October 29, 2019, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 12 day of August, 2019.

_____
BRIAN A. TSUCHIDA
CHIEF UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney

*s/ Zachary Jarvis*
ZACHARY JARVIS
Attorney for Defendant Stefan Andrei

ORDER EXTENDING TIME TO INDICT - 2
*US v. ANDREI* / MJ19-345 MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970