FILED ___ ENTERED
LODGED ___ RECEIVED
AUG 16 2019
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> STEFAN ANDREI, <br> Defendant. | NO. MJ19-345 MAT <br><br> [~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the United States' Second Motion to Modify Conditions and Proposed Order to Modify Conditions, shall remain sealed.

DATED this 16th day of August, 2019.

_____
MARY ALICE THEILER
United States Magistrate Judge

Presented by:

*s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney

Order to Seal
US v. ANDREI / MJ19-345 MAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970